### UNITED STATES DISTRICT COURT

### DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| v. ) | **CRIMINAL NO. 04-127-P-H-01** |
| ) | |
| **GARY H. REINER,** ) | |
| ) | |
| **DEFENDANT** ) | |

### PRELIMINARY ORDER OF FORFEITURE

WHEREAS, in the Forfeiture Allegations of the Indictment filed in this case, the United States sought a money judgment equal to:

(1) the total amount of money defendants obtained as proceeds from the conspiracy (Title 18, United States Code, Section 371) and Travel Act (Title 18, United States Code, Sections 1952 and 2) offenses for which the defendant was convicted on Count One and Two (for offenses that occurred between August 23, 2000 and June 9, 2004), pursuant to Title 18, United States Code, Section 981(a)(1)(c) and Title 28, United States Code, Section 2461(c);

(2) the total amount of money the defendants obtained as proceeds from the interstate travel to engage in prostitution (Title 18, United States Code, Section 2422(a)) offense for which the defendant was convicted on Count Three, pursuant to Title 18, United States Code, Section 2253(a); and

(3) the total amount of money involved in and traceable to the money laundering offenses (Title 18, United States Code, Section 1957), and the conspiracy to commit such offenses (Title 18, United States Code, Section 1956(h)), for which the defendant was convicted on Count Seven, pursuant to Title 18, United States Code, Section 982(a)(1).

WHEREAS, on September 30, 2005, the defendant Gary H. Reiner was found guilty by a jury following a trial of Counts One, Two, Three and Seven;

WHEREAS, by order dated October 31, 2005 the Court has determined that the Government is entitled to a money judgment of $3,927,392.40 on Counts One and Two; $581,310 on Count Three; and $3,349,602.26 on Count Seven;

WHEREAS, by virtue of said conviction, the United States is now entitled to the entry of a preliminary order of forfeiture, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure;

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment";

NOW THEREFORE, it is hereby **ORDERED, ADJUDGED AND DECREED**:

1. the total amount of money the defendants obtained as proceeds from the Count One and Two offenses is $3,927,392.40;

2. the total amount of money the defendants obtained as proceeds from the Count Three offenses is $581,310;

    3.    the total amount of money involved in or traceable to the Count Seven offenses is $3,349,602.26; and

    4.    all of the defendants' right, title and interest in and to $3,927,392.40 is forfeited to the United States of America.

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

**IT IS FURTHER ORDERED** that pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall become final as to the defendant Gary H. Reiner at the time of sentencing and shall be made part of the sentence and included in the judgment.

**IT IS FURTHER ORDERED** that the defendant Gary H. Reiner's forfeiture obligation is joint and several with forfeiture obligations imposed on the co-defendants and co-conspirators.

**SO ORDERED.**

**DATED THIS 7TH DAY OF NOVEMBER, 2005**

                                              /s/D. Brock Hornby
                                              **D. BROCK HORNBY**
                                              **UNITED STATES DISTRICT JUDGE**